■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSCAR PRESTON, JR., Appellant.—Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Richmond County, imposed January 3, 1978. Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Richmond County, for further proceedings pursuant to CPL 460.50 (subd 5). Latham, J. P., Damiani, Titone and Suozzi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILFREDO PEREZ, Appellant, v STEPHEN DALSHEIM, as Superintendent of Ossining Correctional Facility, Respondent.—In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Westchester County, entered October 28, 1977, which granted his application solely to the extent of directing the respondent to afford him a final parole revocation hearing at the next scheduled meeting of the Parole Board. Judgment affirmed, without costs or disbursements. On July 5, 1977 a warrant for parole violation was lodged against the petitioner. On August 4, 1977 a preliminary parole revocation hearing was held. On October 27, 1977 Special Term directed that the petitioner be given his final hearing. The hearing was held on November 22, 1977, the first available date subsequent to the court's order. Inasmuch as this record reveals no prejudice to the petitioner as a result of the time lapse, the almost four-month delay from issuance of the parole violation warrant to the date of the final revocation hearing does not require a reversal (cf. *People ex rel. Clinkscales v Bombard*, 56 AD2d 940). Latham, J. P., Damiani, Titone and Suozzi, JJ., concur.

(September 26, 1978)

■ In the Matter of LEON POLSKY, Appellant, v WILLIAM T. BELLARD et al., Respondents.—Appeal by petitioner from a judgment of extradition of the Supreme Court, Kings County, dated September 25, 1978. Judgment affirmed, without costs or disbursements. No opinion. The stay contained in the order to show cause dated September 25, 1978, is hereby vacated. Damiani, J. P., Titone, Rabin and Margett, JJ., concur.

THIRD DEPARTMENT, SEPTEMBER, 1978

(September 7, 1978)

■ NITA DIXON, as Administratrix of the Estate of WILLIAM R. DIXON, Deceased, Respondent, v WILLIAM R. SEYMOUR, Appellant.—Motion for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Was the order of Special Term, as affirmed by this court, correct as a matter of law?" Mahoney, P. J., Greenblott, Sweeney, Kane and Herlihy, JJ., concur.